# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| C. RODNEY YODER, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>GEORGE H. RYAN, et al., )<br>)<br>Defendants. ) | Civil Case No.  04-354-MJR |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is a sua sponte recommendation that all claims asserted by Phil A. Yoder, Loren M. Yoder, Jennifer J. Moss, and Shirley Yoder be dismissed for lack of prosecution. On February 23, 2005, these plaintiffs were directed to enter a supplementary appearance pro se or through counsel by March 7, 2005. That deadline was extended to April 15, 2005. A supplementary appearance from these plaintiffs was not filed. The only rational inference is that these plaintiffs have no interest in prosecuting their claims in accordance with this Court's orders.

IT IS RECOMMENDED that the claims asserted by Phil A. Yoder, Loren M. Yoder, Jennifer J. Moss, and Shirley Yoder be dismissed with prejudice for want of prosecution.

SUBMITTED:  May 6, 2005  .

*s/Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**