**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| C. RODNEY YODER, )<br>LOREN M. YODER, )<br>JENNIFER J. MOSS, and )<br>SHIRLEY YODER, )<br>            )<br>     Plaintiffs,    )<br>            )<br>vs.          )      Case No. 04-cv-0354-MJR<br>            )<br>GEORGE H. RYAN, *et al.*,    )<br>            )<br>            )<br>     Defendants.    ) | |

**O R D E R**

**REAGAN, District Judge:**

On May 9, 2005, United States Magistrate Judge Philip M. Frazier submitted a Report (Doc. 37) recommending that the undersigned District Judge *dismiss with prejudice* all claims asserted by Phil A. Yoder, Loren M. Yoder, Jennifer J. Moss and Shirley Yoder for want of prosecution. The Report states that on February 23, 2005, the above-mentioned Plaintiffs were directed to enter a supplementary appearance *pro se* or through counsel by March 7, 2005. That deadline was then extended to April 15, 2005. As no supplementary appearances had been filed, the Report states that "the only rational inference is that these plaintiffs have no interest in prosecuting their claims in accordance with this Court's orders." Doc. 37, p. 1.

Magistrate Judge Frazier's Report was sent on May 9, 2005, to the parties with a "NOTICE" informing them of their right to appeal by way of filing "objections" within ten days of *service* of the Report. To date, no objections have been filed by the parties, and the period in which such objections may be filed has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court

need not conduct *de novo* review.  ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985); *Video Views Inc., v. Studio 21, Ltd.,* 797 F.2d 538 (7th Cir. 1986).**

Accordingly, as to date, no supplementary appearances have been filed and the deadline to do so has come and gone, the Court **ADOPTS in part** Magistrate Judge Frazier's Report (Doc. 37) and **DISMISSES *with prejudice*** for want to prosecution all claims asserted by Loren M. Yoder, Jennifer J. Moss, and Shirley Yoder. The Court **REJECTS in part** Magistrate Judge Frazier's Report (Doc. 37) in that there are no remaining claims by Phil A. Yoder for this Court to dismiss.  All claims brought by Phil A. Yoder were dismissed in the undersigned Judge's March 29, 2005 Order (Doc. 32).

The Court notes that Plaintiff C. Rodney Yoder has until June 10, 2005 to file an amended complaint in accord with this Court's directions in its March 29, 2005 Order.  As a result of this Order, the amended complaint should *only* include claims by Plaintiff C. Rodney Yoder.  As Phil A. Yoder, Loren M. Yoder, Jennifer J. Moss, and Shirley Yoder have all been dismissed from this matter, there should be *no* mention of claims brought by them in the amended complaint.

**IT IS SO ORDERED.**

**DATED this 27th day of May, 2005.**

                                                **s/ Michael J. Reagan**
                                                **MICHAEL J. REAGAN**
                                                **United States District Judge**